**Electronically Filed
Supreme Court
SCWC-12-0000753
09-JUN-2016
01:59 PM**

SCWC-12-0000753

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LEAH CASTRO, individually and as PERSONAL REPRESENTATIVE
of the ESTATE OF BRIANDALYNNE CASTRO, deceased minor,
Respondent/Plaintiff-Appellee,

vs.

LEROY MELCOR, in his official capacity; WANNA BHALANG,
in her official capacity; TOMI BRADLEY, in her official capacity;
STATE OF HAWAIʻI; and HAWAIʻI DEPARTMENT OF PUBLIC SAFETY,
Petitioners/Defendants-Appellants,

and

AMY YASUNAGA, in her official capacity; ROBERTA MARKS, in her
official capacity; KENNETH ZIENKIEWICZ, M.D., in his official
capacity; and KEITH WAKABAYASHI, in his official capacity,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000753; CIV. NO. 08-1-0901)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants' Application for Writ

of Certiorari filed on April 29, 2016, is hereby accepted and

will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, June 9, 2016.

| | |
|---|---|
| Caron M. Inagaki,<br>Marie Manuele Gavigan<br>and Henry S. Kim<br>for petitioners | /s/ Mark E. Recktenwald<br><br>/s/ Paula A. Nakayama<br><br>/s/ Sabrina S. McKenna |
| Sue V. Hansen<br>Charles W. Crumpton<br>for respondent Leah Castro | /s/ Richard W. Pollack<br><br>/s/ Michael D. Wilson |

